IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

GREGORY PAUL WILSON,

    Petitioner,

v.

BRIAN BELLEQUE, Superintendent,
Oregon State Penitentiary (as
custodian),

    Respondent.

Civ. No. 06-721-AA

OPINION AND ORDER

AIKEN, Chief Judge:

    Pursuant to the parties' submissions dated November 9 and November 20, 2009, it is HEREBY ORDERED that the sentence imposed on Count 13 in <u>State v. Wilson</u>, Multnomah County Circuit Court Case No. 92-0834764 is VACATED. Within sixty days from the date of this order the State of Oregon shall resentence petitioner on Count 13 and shall consider whether resentencing is required on other counts as a result of the resentencing on Count 13. The parties may raise

1 - OPINION AND ORDER

and argue any issues that are available under Oregon law. Accordingly, petitioner's Motion for Summary Adjudication (doc. 28) is DENIED as moot.

IT IS SO ORDERED.

Dated this 22 day of December, 2009.

/s/ Ann Aiken
Ann Aiken
Chief United States District Judge

2 - OPINION AND ORDER